RANDALL, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Myron J. Randall against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RATHBUN, Respondent, v. DORRANCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Sarah M. Rathbun against Emma G. Dorrance and another. No opinion. Judgment affirmed, with costs.

RAY, Appellant, v. MAHONEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by George W. Ray against James Mahoney. No opinion. Judgment of the Municipal Court affirmed, with costs.

REDDING, Respondent, v. AMERICAN DISTRIBUTING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Ralph W. Redding against the American Distributing Company and another. No opinion. Motion denied, with $10 costs.

REED v. REED et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Eva L. Reed against Ellen F. Reed and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

REICH, Respondent, v. DYER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by Elizabeth Reich against Edith L. Dyer and another, executrices of Alicia V. La Bau. From an order denying a motion for a new trial on the ground of newly discovered evidence, defendants appeal. Affirmed. John M. Bowers, for appellants. Charles Strauss, for respondent.

INGRAHAM, J. As we have determined, on the appeal from the judgment, to reverse the judgment and order a new trial, the determination of the questions presented on this appeal becomes unnecessary. The order will therefore be affirmed, without costs. All concur.

RILEY v. VILLAGE OF BALLSTON SPA. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Benjamin C. Riley against the village of Ballston Spa. No opinion. Motion granted.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. March 11, 1904.) In the matter of Agnes H. Robinson, deceased. W. W. Mumford, for appellant. G. M. Judd, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.

ROGERS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by John W. Rogers and another against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

ROMAINE, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) Action by Lillian Romaine, as administratrix of the goods, chattels, and credits of Wayland D. Romaine, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for reargument granted, and case set down for Monday, January 25, 1904.

ROMAINE, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by Lillian Romaine, as administratrix, against the New York, New Haven & Hartford Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted. It is not necessary, upon an appeal from such a judgment as this, to certify any special question, but the certificate should be made in the form prescribed by section 191, subd. 2, Code Civ. Proc.

ROSEN v. WARD et al. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Jacob Rosen, as trustee, against J. Langdon Ward and another. No opinion. Motion granted, so far as to take papers from files, on payment of $10 costs of motion and $10 costs of term.

RYER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Fannie C. Ryer, as administratrix, etc., against the Prudential Insurance Company of America. No opinion. Order affirmed, with $10 costs and disbursements.

SAGAR, Respondent, v. OLDSBURY ELECTRO-CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by William F. Sagar against the Oldsbury Electro-Chemical Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of fact. Held, that the finding of the jury that the defendant was guilty of negligence, that the plaintiff was free from contributory negligence, and that the plaintiff did not assume the risks incident to his employment, is contrary to the weight of the evidence.

SAN DONATO, Appellant, v. NATIONAL CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Eligio San Donato